1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

13

14

15

| | |
|---|---|
| LIANG WANG,<br><br>           Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, Secretary,<br>Department of Homeland Security,<br>MERRICK GARLAND, Attorney<br>General of the United States, and<br>EMILIA BARDINI, Director of San<br>Francisco Asylum Office,<br><br>           Defendants. | CASE NO. 2:23-cv-1340<br><br>MINUTE ORDER |

16

17

18

19

20

21

22

23

      The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

      On November 7, 2023, the parties filed a stipulated motion to hold the case in abeyance while they attempted to resolve the dispute without judicial intervention. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court GRANTS the parties' stipulated motion and holds the case in

MINUTE ORDER - 1

abeyance until April 10, 2024. The Court ORDERS the parties to submit a joint status report by no later than April 10, 2024.

Dated this 13th day of November 2023.

Ravi Subramanian
Clerk
/s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2