UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIANG WANG,<br><br>                Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, MERRICK GARLAND, Attorney General of the United States, EMILIA BARDINI, Director of San Francisco Asylum Office,<br><br>                Defendants. | CASE NO. 2:23-cv-1340<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

       This matter comes before the Court on Defendants Alejandro Mayorkas, Merrick Garland, and Emilia Bardini's motion to dismiss. Dkt. No. 8. Plaintiff Liang Wang did not respond. For the reasons stated below, the Court GRANTS Defendants' motion and dismisses Wang's case with prejudice.

       Wang, a citizen of China, applied for asylum in the United States in 2016. Dkt. No. 1 at 2. On August 28, 2023, Wang, proceeding pro se, filed a writ of mandamus requesting that the Court order the United States Citizenship and Immigration Services (USCIS) to adjudicate his Form I-589, Application for Asylum

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS - 1

and Withholding of Removal. *Id.* at 5. After interviewing Wang, the San Francisco Asylum Office issued its decision on his asylum application on January 11, 2024. Dkt. No. 9 ¶¶ 2-3.

Defendants now move to dismiss Wang's complaint for lack of jurisdiction, arguing that Wang's claims are moot because USCIS has issued its decision, therefore, there is no further relief for Wang concerning his asylum application. Dkt. No. 8 at 3-4. Because Wang's application has been decided, this Court can no longer provide him the relief sought.

Accordingly, because Wang has obtained one of the forms of relief requested (adjudication of his asylum application) and USCIS has issued its decision, the Court GRANTS Defendants' motion to dismiss, and DISMISSES Wang's complaint with prejudice.

Dated this 9th day of May, 2024.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS - 2